UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REVENUE REALIZATION LLC, | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| H&R BLOCK, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## COMPLAINT

This is a complaint for patent infringement by H&R Block, Inc. of a patent invented by Samuel Baker and assigned to Revenue Realization, LLC.

## JURISDICTION AND VENUE

1. This Complaint states causes of action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 *et seq.*, and, more particularly 35 U.S.C. § 271.

2. This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a) in which the district courts have original and exclusive jurisdiction of any civil action for patent infringement and 28 U.S.C. § 1367 in which the district courts have supplemental jurisdiction over all other claims that are so related to the claims for which the district court has original jurisdiction.

3. Venue is proper in this Court under 28 U.S.C. §1391(b) (acts giving rise to the claims took place in this jurisdiction), §1391(c) (H&R Block is subject to personal jurisdiction in this jurisdiction), and §1400(b) (in that acts of infringement have and are taking place in this jurisdiction).

## THE PARTIES

4. Plaintiff Revenue Realization LLC ("Revenue Realization") is a limited liability company organized under the laws of the State of Illinois, with a principal office located at 1431 McHenry Road, Suite 213, Buffalo Grove, Illinois 60089.

5. Plaintiff Revenue Realization owns all right, title, and interest in United States Patent No. 7,257,553 B1 (the "'553 Patent"), entitled "Method and System for Aggregation and Exchange of Electronic Tax Information," which issued on August 14, 2007. The '553 patent claims priority to an earlier filing in 1999 and provisional filings in 1998. A copy of the '553 patent is attached as Exhibit 1.

6. Defendant H&R Block, Inc. ("H&R Block"), is a corporation organized under the laws of the State of Missouri, with principal executive offices located at One H&R Block Way, Kansas City, Missouri 64105.

7. H&R Block does business in this jurisdiction, including the preparation of tax returns through its company-owned and franchise offices. H&R Block's website lists at least 100 H&R Block offices in the Chicago area. H&R Block's on-line tax preparation system, H&R Block At Home™ Online Tax Program, is offered for sale, sold, and used in this jurisdiction. H&R Block's tax preparation software, H&R Block At Home™, is offered for sale, sold, and used in this jurisdiction.

## H&R BLOCK'S ACTS OF PATENT INFRINGEMENT

8. H&R Block has infringed at least claims 1, 2, and 5 of the '553 patent through its handling of tax return information from tax returns prepared by H&R Block company-owned offices, by H&R Block franchise offices, through H&R Block At

Home™ income tax preparation software, and through H&R Block At Home™ Online Tax Program at www.hrblock.com.

9. H&R Block's infringement is willful and deliberate.

10. H&R Block's infringement has injured and will continue to injure Plaintiff Revenue Realization unless and until this Court enters and injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the '553 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Revenue Realization requests the following relief:

A. That this Court adjudge and declare that the '553 patent has been and is infringed by H&R Block;

B. That this Court award to Revenue Realization damages adequate to compensate it for Defendant H&R Block's acts of infringement of the '553 patent complained of herein, together with interest thereon, but in no event less than a reasonable royalty, as required by 35 U.S.C. § 284, for the use made of the '553 patent;

C. That this Court determine that H&R Block's infringement of the '553 patent was willful and award Revenue Realization enhanced damages up to three times actual damages as permitted by 35 U.S.C. § 284;

D. That prejudgment interest be awarded by the Court from the date infringement began for any amounts of actual damages;

E. That this Court declare this an exceptional case and award reasonable

attorneys fee to Plaintiff Revenue Realization as permitted by 35 U.S.C § 285;

F. That this Court enter an order enjoining H&R Block from continuing to infringe the '553 patent; and

G. That this Court grant Revenue Realization such other and further relief as it may deem just and equitable.

## JURY DEMAND

Revenue Realization demands a trial by jury on all issues presented in this Complaint.

Dated: January 6, 2011

Respectfully submitted,

David Berten (dberten@giplg.com)
Nicholas Dudziak (ndudziak@giplg.com)
GLOBAL IP LAW GROUP, LLC
233 S. Wacker Drive
Suite 8400
Chicago, Illinois 60606
Phone: 312.283.8025
Fax:    312.283.8026